﻿Citation Nr: AXXXXXXXX
Decision Date: 05/29/20 Archive Date: 05/29/20

DOCKET NO. 190716-15659
DATE: May 29, 2020

REMANDED

Entitlement to service connection for the cause of the Veteran's death is remanded.

REASONS FOR REMAND

The Veteran served on active duty in the United States Navy from March 1967 to March 1970, to include service in Vietnam.

This appeal is before the Board of Veterans’ Appeals (Board) on appeal of a May 2016 rating decision from a Department of Veterans Affairs (VA) Regional Office (RO). In July 2019, the Appellant elected the evidence submission review option for her claim on appeal. Given this election, the Appellant’s appeal is governed by the modernized review system (known by the Board as AMA). 38 C.F.R. § 19.2 (2019). The Appellant was given an additional 90 days from the date of the election to submit evidence in support of her appeal before its review by the Board. 38 C.F.R. § 20.301 (2019).

Entitlement to service connection for the cause of the Veteran's death is remanded.

The Appellant is seeking entitlement to service connection for the cause of the Veteran’s death. 

The Veteran was service connected for residuals of lacerations of the face and scalp, diabetes mellitus, type II, and erectile dysfunction as secondary to diabetes mellitus, type II.

According to the Veteran’s death certificate, the Veteran’s cause of death was cardiopulmonary arrest as a result of complications with gallbladder cancer. The Appellant asserts that the Veteran’s gallbladder cancer is related to his service connected diabetes mellitus, type II. The Appellant also submitted medical research in support of this contention.

In a June 2019 VA medical opinion, a VA physician opined that the Veteran’s cause of death was not related to his diabetes because it was not listed on the death certificate. The physician further explained that there was no evidence of complications of the Veteran’s diabetes leading to his death. While the Board acknowledges that the Veteran’s diabetes was not a direct cause of death, the Board cannot make a fully-informed decision on the issue of entitlement to service connection for the cause of the Veteran’s death because no VA examiner has opined whether the Veteran’s gallbladder cancer was caused or aggravated by the Veteran’s service-connected diabetes mellitus, type II. Thus, a remand is warranted.

The matters are REMANDED for the following action:

(Continued on the next page)

 

1. Obtain an addendum opinion from an appropriate clinician regarding whether the Veteran’s gallbladder cancer is at least as likely as not related to or aggravated beyond its natural progression by the Veteran’s service-connected diabetes mellitus, type II.

(a.) The physician should address the contentions made by the Appellant as well as the secondary medical resources submitted by the Appellant.

 

 

D. SMART

Acting Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board C. K. Hall, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.